**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 21-6505**

―――――――――

LEANNE CULBERTSON,

Plaintiff - Appellant,

v.

LEON LOTT, in his capacity as Sheriff of the Richland County Sheriff's Department; JAMES GILBERT, in his individual capacity,

Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Mary G. Lewis, District Judge.  (3:19-cv-00026-MGL)

―――――――――

Submitted:  April 29, 2022                          Decided:  July 25, 2022

―――――――――

Before GREGORY, Chief Judge, HEYTENS, Circuit Judge, and KEENAN, Senior Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

**ON BRIEF:** Chris S. Truluck, SHEALEY LAW FIRM, Columbia, South Carolina, for Appellant.  Andrew F. Lindemann, LINDEMANN & DAVIS, P.A., Columbia, South Carolina; Robert D. Garfield, CROWE LAFAVE, LLC, Columbia, South Carolina, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

LeAnne Culbertson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Culbertson's 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm. *Culbertson v. Lott*, No. 3:19-cv-00026-MGL (D.S.C. Mar. 3 & 12, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*